ROSE M. O'NEIL, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*O'Neil* v. *Metropolitan St. Ry. Co.*, 103 App. Div. 607, affirmed
(Argued May 25, 1906; decided June 19, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 16, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through the negligence of the defendant.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for appellant.

*George H. Hart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Not sitting: GRAY, J. Absent: O'BRIEN, J.